### Charles Kerns et al. v. William M. Green.

1. JUDGMENT—*Must be Sustained by the Evidence.*—The court holds that the evidence in the record does not sustain the judgment, and that it must be reversed.

Transcript, from a justice of the peace. Appeal from the County Court of Wayne County; the Hon. WM. T. BONHAM, Judge, presiding. Heard in this court at the August term, 1896. Reversed. Opinion filed March 3, 1897.

CREIGHTON & KRAMER, attorneys for appellants.

No appearance for appellee.

PER CURIAM.

No brief was filed by appellee, and therefore, under rule 31, we might reverse the case *pro forma*, but we have examined the record and hold that the evidence does not sustain the judgment.

Judgment is reversed and not remanded.